DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL JOHN VERRA, JR.,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1158

_____

September 17, 2021

Appeal pursuant to Fla. R. App. P.9.141(b)(2) from the Circuit Court
for Pasco County; Kimberly Campbell Judge.

Sara Mollo, Public Defender, and Maria DeLiberato, Assistant
Public Defender, Clearwater, for Appellant.

PER CURIAM.

Affirmed.

LaROSE, BLACK, and, LUCAS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.